William S. SMITH, Jr. and Marion R. Smith, Plaintiffs–Appellants,

v.

COOPER/T. SMITH CORPORATION, et al., Defendants–Appellees.

No. 87–3247.

United States Court of Appeals, Fifth Circuit.

Aug. 31, 1989.

Gregory F. Gambel, Karen L. Sonnier, Stone, Pigman, Walther, Wittman & Hutch-

**358**

inson, New Orleans, La., William H. Jeffress, J.R. Caldwell, Jr., Mary L. Lyons, Washington, D.C., for plaintiffs-appellants.

Harry A. Rosenberg, Phelps, Dunbar, Marks, Claverie & Sims, New Orleans, La., Norman E. Waldrop, Jr., Armbrecht, Jackson, Demouy, Crowe, Holmes & Reeves, Mobile, Ala., for Cooper/T. Smith Corp.

John M. McCollam, Ewell E. Eagan, Gordon, Arata, McCollam & Duplantis, New Orleans, La., Bernard J. Rothbaum, Jr., James P. Linn, Linn & Helms, Oklahoma City, Okl., for Moffett, Amato & Merrigan.

Harvey C. Koch, Howard Marks, New Orleans, La., for James E. Smith, Sr.

Before CLARK, Chief Judge, GEE, REAVLEY, POLITZ, KING, JOHNSON, WILLIAMS, GARWOOD, JOLLY, HIGGINBOTHAM, DAVIS, JONES, SMITH, and DUHE, Circuit Judges.[1]

By the Court:

The en banc court in this case is dissolved and this cause is remanded to the panel for further action in light of *H.J. Inc., et al. v. Northwestern Bell Tel. Co., et al.,* — U.S. ——, 109 S.Ct. 2893, 106 L.Ed.2d 195 (1989).